GRANVIL MOORE v. THE STATE.

*No. 800.   Decided June 26, 1985.*

**Gaming Outhouse—Evidence.**

On a trial for playing cards at an outhouse, evidence that during the time covered by the indictment lights were seen at different times in said house, is admissible to prove the necessary allegation that people commonly resorted to said house.

APPEAL from the County Court of Coke. Tried below before Hon. D. T. AVERITT, County Judge.

This appeal is from a conviction for playing cards in an outhouse where people commonly resort, the punishment being assessed at a fine of $15.

No statement necessary.

No briefs for appellant.

*Mann Trice*, Assistant Attorney-General, for the State.

HENDERSON, JUDGE.—Appellant was convicted of playing cards at an outhouse where people commonly resort. The outhouse where the gaming was carried on was known as the "Henderson Old Hotel." Appellant objected to the testimony of several witnesses by whom it was proved that during "last winter, or between December, 1894, and April, 1895, said house being the house in which the State attempts to show

the gaming was done," they saw lights at different times. Several objections were urged to the admission of this evidence. This bill of exceptions, as explained by the court, shows that said lights were seen only in the room where the gaming was carried on, that the parties who frequented that room were those shown to have been engaged in the gambling, and, in addition, it may further be said that this was clearly admissible on another ground, to-wit: to prove the necessary allegation that people did commonly resort to said house. This evidence covered the time relied on by the State to prove the indictment. The evidence fully sustains the conviction, and the judgment is affirmed.

*Affirmed.*